# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GLORIA CERPA CAMPOS,

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of Social Security

Defendant.

Case No. 1:26-cv-6970-EGC

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

(Doc. 2)

Plaintiff Gloria Cerpa Campos filed a complaint on September 1, 2026, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 2). Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED; and
2. The Clerk of Court is DIRECTED to issue a summons, the Consent/Decline forms, and the Scheduling Order. Service on the defendant shall proceed under the Court's E-Service program as follows: once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated: **September 2, 2026**

Erin Sung Castillo

UNITED STATES MAGISTRATE JUDGE